IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SHAWNETTE LYNN SHERBINO,

    Plaintiff,

v.                                                                                    No. CV 22-273 KG/GBW

ALLSTATE ASSURANCE COMPANY,

    Defendant.

### ORDER GRANTING MOTION FOR STATUS CONFERENCE

**THIS MATTER** is before the Court on Proposed Intervenors Luis C. Rojero and Laura I. Rojero's *Motion for Intervention* and Defendant Allstate Assurance Company's *Motion for Telephonic Status Conference* (Docs. 22 and 23), filed April 25, 2023, and April 27, 2023, respectively. Defendant brings its *Motion for Telephonic Status Conference* in light of Proposed Intervenors' *Certificate of Interested Persons* and *Motion for Intervention*, (Docs. 21 and 22). Defendant requests "the Court guidance as to whether to move forward with submitting the dismissal/discharge order." (Doc. 23 at 2). The Court grants Defendant's Motion, in part, along with ordering a hearing on Proposed Intervenors' Motion. In lieu of a telephonic status conference, this will be an in-person hearing.

**IT IS THEREFORE ORDERED** that a status conference and hearing is set for **Monday, November 13, 2023, at 1:30 p.m.** The hearing will take place in the Mimbres Courtroom, on the fourth floor of the Las Cruces Federal Courthouse, 100 N. Church St., Las Cruces, New Mexico 88001.

_____
UNITED STATES DISTRICT JUDGE