IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SHAWNETTE LYNN SHERBINO,

    Plaintiff,

v.

                                    Case No. 22-cv-273 KG/GBW

ALLSTATE ASSURANCE COMPANY,

    Defendant,

and

LUIS C. ROJERO, and LAURA I. ROJERO,

    Intervenors.

ORDER

This matter is before the Court on Intervenor's Brief on Choice of Law, (Doc. 41), filed on January 9, 2024, by Luis C. Rojero and Laura I. Rojero (Rojeros or Intervenors). Plaintiff Shawnette Lynn Sherbino filed her Response to Intervenors' Brief Regarding Choice of Law on January 21, 2024. After considering the briefing, the Court orders Intervenors to supplement the record.

On December 4, 2023, the Court held a hearing on the Rojeros' Motion to Intervene, (Doc. 22). At the hearing, the Court ordered the supplemental briefing from the parties regarding the choice of law. (Doc. 36); *see also* (Doc. 41) at 3. In their brief, Intervenors assert that "the issue to be decided by this Court is duplicative of the pending state proceeding." (Doc. 41) at 5. Intervenors, however, did not attach or otherwise provide any documents from the pending state proceeding supporting their assertion.

The Court therefore orders Intervenors to supplement the record by providing the Court with the status of the state court proceeding and pending state court documents in order to

1

determine if the parties and issues in this case are substantially the same as the parties and issues in the pending state court proceeding.

    IT IS ORDERED.

_____
UNITED STATES DISTRICT JUDGE